IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ELIZABETH BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM, INC., and BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:15-cv-00067-BAE-GRS<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER STAYING PROCEEDINGS PENDING
RESOLUTION OF THE SECTION 1407 TRANSFER MOTION**

This matter came before the Court on the parties' Joint Motion to Stay Proceedings Pending Resolution of the Section 1407 Transfer Motion and the Memorandum of Law in Support. The Court, being duly advised, hereby GRANTS the motion.

IT IS HEREBY ORDERED THAT this action and all deadlines are stayed until the Judicial Panel on Multidistrict Litigation ("JPML") rules on the pending motion for MDL centralization in *In re: Anthem, Inc. Customer Data Security Breach Litigation*, MDL No. 2617, and either (a) a scheduling order is entered by the United States District Court to which the JPML transfers this case governing further proceedings in this case, or (b) if centralization is denied, 21 days after the JPML acts.

SO ORDERED this 27th day of March, 2015.

Magistrate Judge, United States District Court
Southern District of Georgia